## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| | ) |
| **DOREEN BURNS**, | ) |
| | )  **Case No.:** |
| Plaintiff, | ) |
| v. | )  **5:17-cv-12963-JCO-EAS** |
| | ) |
| **BLUESTEM BRANDS INC. D/B/A** | ) |
| **FINGERHUT,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

reached settlement. The parties anticipate filing a stipulation of dismissal of this

action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.


Dated: September 5, 2018            By: */s/ Amy L. B. Ginsburg*
                                       Amy L. B. Ginsburg, Esquire
                                       Kimmel & Silverman, P.C.
                                       30 E. Butler Pike
                                       Ambler, PA 19002
                                       Phone: (215) 540-8888
                                       Fax: (877) 788-2864
                                       Email: aginsburg@creditlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Amy L. B. Ginsburg, Esquire, do certify on September 5, 2018, served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the Clerk of Court via CM/ECF system.

Dated: September 5, 2018      By: <u>/s/ Amy L. Bennecoff Ginsburg</u>
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com