UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOREEN BURNS,

        Plaintiff,

v.

BLUESTEM BRANDS INC. D/B/A
FINGERHUT,

        Defendant.
_____/

Case No. 2:17-cv-12963

HON. STEPHEN J. MURPHY, III

**<u>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE</u>**

    Subject to the approval of the Court, to be endorsed hereon, the parties agree to a dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) without an award of costs or attorneys' fees to any party.

    SO ORDERED that this action is now dismissed with prejudice.

                                                s/ Stephen J. Murphy, III
                                                STEPHEN J. MURPHY, III
                                                United States District Judge

Dated: September 27, 2018

So Stipulated.

| | |
|---|---|
| /s/Ryan G. Milligan<br>FAEGRE BAKER DANIELS LLP<br>Ryan G. Milligan (P81435)<br>311 S. Wacker Drive – Suite 4300<br>Chicago, Illinois  60606<br>Telephone:  312.212.6500<br>Facsimile:   312.212.6501<br>Ryan.Milligan@FaegreBD.com<br><br>*Counsel for the defendant,*<br>*Bluestem Brands, Inc.* | /s/Amy L. B. Ginsburg<br>Amy L. Ginsburg<br>Joseph C. Hoeffel<br>KIMMEL & SILVERMAN P.C.<br>30 East Butler Pike<br>Ambler, PA 19002<br>Telephone:  (215) 540-8888<br>Facsimile:  (877) 788-2864<br>aginsburg@creditlaw.com<br><br>Sam J. Bernstein (P75402)<br>Arbor Ypsi Law<br>206 N. Huron Street<br>Ypsilanti, MI 48197<br>Telephone:  (734) 883-9584<br>bernstein@arborypsilaw.com<br><br>*Counsel for the plaintiff, Doreen Burns* |